624

Submitted September 13, 1976. Albert John Snite, Jr., Assistant Defender, and Benjamin Lerner, Defender, for appellant; James W. Wilson, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

382 A.2d 750

Commonwealth v. Hines, Appellant.

Submitted September 13, 1976. Roy H. Davis, Assistant Public Defender, for appellant; Richard P. Myers, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

382 A.2d 750

Commonwealth v. Jones, Appellant.

█ Submitted June 23, 1977. Calvin S. Drayer, Jr., and George B. Ditter, Assistant Public Defenders, for appellant; Ross Weiss, First Assistant District Attorney, and William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

382 A.2d 750

Commonwealth v. Jones, Appellant.

Submitted June 13, 1977. Roy H. Davis, Assistant Public Defender, for appellant; D. Michael Emuryan, Assistant District Attorney, and Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

382 A.2d 751

Commonwealth v. Lane, Appellant.